IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CASE NO. 4:13CR104 |
| | § | |
| GARIESHA CURLIN (9) | § | |

## ORDER

The Court having been advised that the underlying indictment as to Defendant is invalid, the Government has 40 days from the date of this Order to determine whether to re-indict Defendant. If the Government does not re-indict or otherwise charge Defendant by that date, the Court will recommend dismissal of the underlying indictment as to Defendant and Defendant's removal from conditions of release.

**SO ORDERED.**