IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. |
| | § | 4:13CR104 |
| TERRA LASHA JACKSON (1) | § | |
| a.k.a. "Nonnie" aka "Noonie" | § | |
| MARADA CHATEL ALLEN (4) | § | |
| CHAZITI CHRISHUNE DUNN (5) | § | |
| TALIA JANAY MAXEY (6) | § | |
| LUCY LEE-SHONE SMITH (7) | § | |
| DAMYION DELONEY (8) | § | |
| GARIESHA CURLIN (9) | § | |
| a.k.a. "Pig" | § | |

## ORDER DISMISSING THE INDICTMENT

The United States having filed its Motion to Dismiss the Indictment, returned on

April 11, 2013 herein pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure,

and good cause appearing;

IT IS HEREBY ORDERED that the Indictment, returned on April 11, 2013 against

above captioned defendants is dismissed without prejudice.

**SIGNED this 10th day of June, 2015.**


_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE